Robert E. Sabido, OSB No. 964168
rsabido@cosgravelaw.com
COSGRAVE VERGEER KESTER LLP
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone:  (503) 323-9000
Facsimile:  (503) 323-9019

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KELLY BIRCH,<br><br>      Plaintiff,<br>v.<br><br>FMS INVESTMENT CORPORATION,<br><br>      Defendant. | Case No. 3:13-cv-00227-AA<br><br>**STIPULATED JUDGMENT<br>OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties that the above-captioned matter is dismissed in its entirety with prejudice and without attorney fees of costs to either party.

DATED:  May 22, 2013

| | |
|---|---|
| Trigsted Law Group, P.C. | Cosgrave Vergeer Kester LLP |
| /s/ Joshua Trigsted | Robert E. Sabido |
| Joshua Trigsted, OSB No. 065316 | Robert E. Sabido, OSB No. 964168 |
| Attorneys for Plaintiff | Attorneys for Defendant |

Based on the parties' stipulation, it is

ADJUDGED that the above-captioned matter is dismissed in its entirety with prejudice and without attorney fees or costs to either party.

DATED:  May 3, 2013 (June)

_____
Ann L. Aiken
United States District Judge

Page 1 -  **STIPULATED JUDGMENT OF DISMISSAL**

SJOD

Cosgrave Vergeer Kester LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone: (503) 323-9000 Facsimile: (503) 323-9019